# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0013. IN THE INTEREST OF A. S. T., A CHILD (MOTHER).**

On March 18, 2025, the juvenile court entered an order terminating the mother's parental rights. On July 22, 2025, the mother filed this application for discretionary review. In her application, the mother acknowledges that her filing is untimely, but argues that the merits of her application should nonetheless be considered because the untimeliness was caused by the ignorance and inexperience of her counsel and through no fault of her own. Even accepting these allegations as true, we lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, there is no dispute that the mother filed her application 126 days after entry of the termination order. Because the mother's application was untimely filed, we lack jurisdiction and the application is hereby DISMISSED.

However, the mother is informed that a juvenile court may grant an out-of-time application if a parent's appellate due process rights were frustrated by ineffective assistance of counsel. See *In the Interest of B. R. F.*, 299 Ga. 294, 298-299 (788 SE2d 416) (2016); *In the Interest of M. R. S.*, ___ Ga. App. ___, ___ (2) (___ SE2d ___), Case

No. A24A0990, slip op. at 3-5 (July 18, 2025). This determination must be made by the juvenile court in the first instance. *In the Interest of B. R. F.*, 299 Ga. at 299.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__08/12/2025_____*

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.